## WILLIAMS *et al. v.* WAY.

ATKINSON, J. 1. If a subscribing witness to a will is also a legatee or devisee under the will, the witness is competent, though the legacy or devise to him shall be void. Civil Code, § 3275. It is not a sufficient objection to the probate of a will in which devises to other persons are made that all of the subscribing witnesses are legatees under the will.

2. There were no requests to charge. The portions of the charge complained of were not erroneous; nor was it error to omit to charge, as complained. The evidence was sufficient to support the verdict, and there was no error in refusing a new trial.
                    *Judgment affirmed. All the Justices concur.*
                              SEPTEMBER 21, 1910.

Probate of will. Before Judge Mitchell. Thomas superior court. June 26, 1909.

*Fondren Mitchell* and *Branch & Snow,* for plaintiffs in error.
*S. A. Roddenbery* and *Roscoe Luke,* contra.